**Debry Allyn LA NEAR, Appellant,**

v.

**Frances R. SLAY, Mayor for the City of St. Louis; Board of Police Commissioners of the City of St. Louis; Christopher Goodson, Col.; JoAnn Freeman–Morrow, Col.; Michael J. Quinn, Col.; Julius Hunter, Col.; Amy Fiala, Sgt. (Sprout) Metropolitan Police Dept. for the City of St. Louis; John Gregory Stempf, Appellees.**

No. 08–2564.

United States Court of Appeals, Eighth Circuit.

Submitted: Oct. 2, 2009.

Filed: Oct. 28, 2009.

Debry Allyn La Near, St. Charles, MO, pro se.

Denise Leanne Thomas, Attorney General's Office, St. Louis, MO, for Appellees.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

**PER CURIAM.**

Debry Allyn La Near appeals the district court [1] orders concluding that certain claims in her civil action were time-barred under a five-year statute of limitations, and denying her motions for appointed counsel. After carefully reviewing the record and considering La Near's arguments, we find no basis for reversal. *See Phillips v. Jasper County Jail,* 437 F.3d 791, 794 (8th Cir.2006) (denial of motion for appointed counsel is reviewed for abuse of discretion); *Eichenwald v. Small,* 321 F.3d 733, 736 (8th Cir.2003) (district court's application of state's statute of limitations is reviewed de novo).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

States District Judge for the Eastern District

1. The Honorable Charles A. Shaw, United